# Court of Appeals
# of the State of Georgia

ATLANTA,  February 08, 2018

*The Court of Appeals hereby passes the following order:*

**A17A2008.  MOORE v. CITY OF STATESBORO et al.**

Appellees have filed a suggestion of death in this case, claiming that pro se Appellant, Alvin L. Moore, died on January 26, 2018. Accordingly, we hereby REMAND this case to the trial court for further proceedings in accordance with OCGA § 9-11-25.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  02/08/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* *, Clerk.*